IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)



USDC- GREENBELT
'26 FEB 19 AM 9:50

---

PHARICE BROWN
4906 Newton Street
Bladensburg, MD 20710
Plaintiff,

v.

Civil Action No. _____  CDA 2 6 CV 0 0 6 7 8

METROPOLIS CONDOMINIUM MANAGEMENT LLC
2141 Industrial Parkway, Suite 200
Silver Spring, MD 20904,

and

MARTIN LOBB, SMITA PIA, JOSH COOK, JANET CONNELLY, BEN COLBERT, and
MICHELLE ROBERTS,
Defendants.

---

COMPLAINT FOR EMPLOYMENT DISCRIMINATION, RETALIATION, AND RELATED STATE-LAW CLAIMS

---

I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), 42 U.S.C. § 1981, the Americans with Disabilities Act (42 U.S.C. § 12101 et seq.), and the Maryland Fair Employment Practices Act (Md. Code Ann., State Gov't § 20-606).

2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1367 (supplemental jurisdiction).

3. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred in Prince George's County, Maryland, located in the Greenbelt Division.

## II. PARTIES

4. Plaintiff Pharice Brown ("Plaintiff") is a resident of Prince George's County, Maryland.

5. Plaintiff was employed by Defendant Metropolis Condominium Management LLC ("Metropolis") as a part-time personal assistant from July 2019 through December 2019.

6. Defendants Martin Lobb, Smita Pia, Josh Cook, Janet Connelly, Ben Colbert, and Michelle Roberts were owners, officers, or managers of Metropolis involved in employment decisions affecting Plaintiff.

## III. ADMINISTRATIVE EXHAUSTION

7. Plaintiff filed timely charges of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"), including Charge No. 531-2020-00491 and Charge No. 531-2025-03429.

8. The EEOC issued a Notice of Right to Sue on December 9, 2025.

9. Plaintiff also received a decision from the Maryland Department of Labor on September 22, 2025, finding she was discharged while absent due to illness and committed no misconduct.

10. This action is filed within ninety (90) days of Plaintiff's receipt of the EEOC Right-to-Sue Notice, satisfying all prerequisites to suit.

## IV. FACTUAL ALLEGATIONS

11. Plaintiff began work for Metropolis in July 2019 and maintained a satisfactory performance record.

12. During her employment, Plaintiff was subjected to unwelcome sexual and racial harassment, hostile comments, and unwanted touching by supervisory personnel.

13. Plaintiff reported or attempted to report the misconduct to company leadership but was deterred by conflicts of interest within management.

14. Plaintiff suffered disparate treatment compared to similarly situated white employees, including denial of work compensation and exclusion from meetings or communications.

15. Plaintiff sustained a work-related injury and was placed on medical leave in November 2019.

16. On December 5, 2019, while her doctor's excuse for absence remained in effect, Metropolis terminated Plaintiff's employment.

17. After termination, Plaintiff experienced continued retaliation, including breaches of prior settlement terms and publication of false statements accusing her of misconduct and fraud.

18. Plaintiff has suffered lost wages, reputational harm, and severe emotional distress as a result of Defendants' actions.

## V. CLAIMS FOR RELIEF

### Count I – Race Discrimination (Title VII)

19. Defendants intentionally discriminated against Plaintiff based on race (Black/African American) by subjecting her to unequal treatment, harassment, and termination.

### Count II – Sex Discrimination (Title VII)

20. Defendants engaged in unwelcome sex-based conduct and maintained a hostile work environment that altered the terms and conditions of Plaintiff's employment.

### Count III – Retaliation (Title VII)

21. Defendants retaliated against Plaintiff for engaging in protected activity, including opposing discrimination and filing EEOC complaints.

### Count IV – Disability Discrimination and Retaliation (ADA)

22. Defendants terminated Plaintiff while she was on protected leave for a medical condition and retaliated against her due to her disability.

### Count V – 42 U.S.C. § 1981

23. Defendants' actions violated Plaintiff's rights to make and enforce contracts free of racial discrimination and retaliation.

### Count VI – Maryland Fair Employment Practices Act (Md. Code § 20-606)

24. Defendants' conduct also violated state law prohibiting discrimination, harassment, and retaliation.

### Count VII – Breach of Contract

25. Defendants breached a prior settlement agreement by continuing retaliatory actions after resolution of earlier EEOC charges.

Count VIII – Intentional Infliction of Emotional Distress

26. Defendants engaged in extreme and outrageous conduct causing Plaintiff severe emotional distress.

Count IX – Defamation

27. Defendants made false and defamatory statements regarding Plaintiff's employment and reputation.

Count X – Battery

28. Certain Defendants committed intentional and offensive physical contact without Plaintiff's consent.

Count XI – Fraud

29. Defendants knowingly made false representations within the workplace for improper purposes, causing harm to Plaintiff.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

a. Enter judgment in her favor on all counts;

b. Award back pay, front pay, compensatory damages, and punitive damages;

c. Order correction of any false or defamatory employment records;

d. Require issuance of neutral job references;

e. Award Plaintiff reasonable attorneys' fees, costs, and interest; and

f. Grant such other and further relief as the Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: February 19, 2026

Respectfully submitted,

/s/ Pharice Brown

Pharice Brown, Pro Se

4906 Newton Street

Bladensburg, MD 20710

Tel: 301-971-2906

Email: pharicebrown@gmail.com


CERTIFICATE OF SERVICE

I, Pharice Brown, certify that a copy of this Complaint will be served upon each Defendant by certified mail or by the U.S. Marshal upon filing.

/s/ Pharice Brown

Pharice Brown, Pro Se